IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ 16th _____ DIVISION

Timothy Island ,
(Name)

_____ ,
(Prison Id. No.)

_____ ,
(Name)

_____ ,
(Prison Id. No.)

Plaintiff(s)

v.

Murfreesboro Police Department
(Name)

_____ ,
(Name)

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.)*

**Civil Action No. _____**
   *(To be assigned by the Clerk's Office. Do not write in this space.)*

**JURY TRIAL REQUESTED ___YES ___NO**

*(List the names of all defendants against whom you are filing this lawsuit. Do you use "et al." Attach additional sheets if necessary.)*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED
PURSUANT TO 42 U.S.C. § 1983

I.      **PARTIES TO THIS LAWSUIT**

A.   Plaintiff(s) bringing this lawsuit:

1.   Name of the first plaintiff: Timothy Island
     Prison I.D. No. of the first plaintiff: _____
     Address of the first plaintiff: 940 New Salem Hwy
     Murfreesboro, TN 37129

Status of Plaintiff: CONVICTED (___)      PRETRIAL DETAINEE (X)

2.   Name of the second plaintiff: _____
     Prison I.D. No. of the second plaintiff: _____
     Address of the second plaintiff: _____
     _____

Status of Plaintiff: CONVICTED (___)      PRETRIAL DETAINEE (___)

Revised 11/2014

*(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)*

B.   Defendant(s) against whom this lawsuit is being brought:

1.   Name of the first defendant: _Murfreeshoro Police officers Qudmario Thomas_
     Place of employment of the first defendant: _Murfreeshoro Police Department_

     First defendant's address: _1004 N. Highland Ave._
     _Murfreeshoro TN 37130_

     Named in official capacity?      X Yes            ___No
     Named in individual capacity?   ___Yes           ___No

2.   Name of the second defendant: _____
     Place of employment of the second defendant: _____

     Second defendant's address: _____
     _____

     Named in official capacity?      X Yes            ___No
     Named in individual capacity?   ___Yes           ___No

*(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)*

## II.   JURISDICTION

A.   Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

If you wish to assert jurisdiction under different or additional statutes, you may list them below:

**III. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)**

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court? ____Yes ☒ No

B. If you checked the box marked "Yes" above, provide the following information:

    1. Parties to the previous lawsuit:

        Plaintiffs _____

        _____

        Defendants _____

        _____

    2. In what court did you file the previous lawsuit?_____∅_____

        _____
        (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

    3. What was the case number of the previous lawsuit? _____∅_____

    4. What was the Judge's name to whom the case was assigned? ____∅_____

        _____

    5. What type of case was it (for example, habeas corpus or civil rights action)?

        _____

    6. When did you file the previous lawsuit? (Provide the year, if you do not know the exact date.) _____

    7. What was the result of the previous lawsuit? For example, was the case dismissed or appealed, or is it still pending? _____

        _____

    8. When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date.) _____

    9. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit? ____Yes ____No

    *(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)*

## IV. EXHAUSTION

A. Are the facts of your lawsuit related to your present confinement?

X Yes _____No

B. If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. _____
_____
_____

C. Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

_____Yes X No

*(If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV.D.)*

D. Have you presented these facts to the prison authorities through the state grievance procedure? _____Yes _____No

E. If you checked the box marked "Yes" in question III.D above:

1. What steps did you take? _____
_____

2. What was the response of prison authorities?_____
_____
_____

F. If you checked the box marked "No" in question IV.D above, explain why not._____
_____
_____
_____

G. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)? _____Yes _____No

H. If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility? _____Yes _____No

I. If you checked the box marked "Yes" in question III.H above:

1. What steps did you take? _____
_____

Incidents by Murfreesboro Police Department.          6/25/26

(1)          on July 7/16/2025

Allegedly Sta Haley of the Murfreesboro Police Department Called for officer C. Marshall Badge # 1180 to Assist on A traffic stop of A Classic Taxi.. Upon which I Timothy Island was alleged in the Taxi and was Identified + Written A Citation for Poss unlawful Drug Paraphernalia uses + Activities T.C.A 39.17.425 Misdemeanor A.. At My Preliminary - it was throwed out; B/c it wasn't Even Me involved - Now if that aint false Arrest - Cm A Probationee and upon being given A Court date of 9/16/2025.. which BEcame A Capias of Course; B/c I Never was involved in the traffic stop; in the first Place, Not to Mention; It was Put, in the Computer br failure to Appear..

(2) Now Comes

11/11/2025 Another officer of Murfreesboro Police Department Come; to Rode way Inn + Knocks on Doors to the reason; Looking for another Individual.. No Answer But the officer Stayed in the Parking lot, He Made Communication allegedly to.. So officer Ellis contacts Cerami # 1212 now this Causes officer Cerami; to Allegedly have heard My Name being spoken + Ran me through + Allegedly Violation of Probation out of another state + Local Capius for failure to Appear.. Now what is so very Crazy about this Situati

Case 3:26-cv-00951  Document 1  Filed 07/10/26  Page 5 of 10 PageID #: 5

That Alleged traffic stop on the 16th of June.. I was in Custody Both times; no warrant.. Continuing through till the Arrest made on 11/11/25 - Officer Cerami #1212 speaks through the room door + I opened the door, never once told him; he Could Come in, But he asked me; who I was + I told him; my name is "Timothy Island" - he reaches for my wrist + Says I'm being Arrested for warrant.. no warrants in hand + to Make Matters worst; he says that he spots A residue on the dresser + he Could Care less; B/c its Simple Possession.. Am taking to the rutherford County Jail - no drugs + Just ME.. Well the next day; At 5pm - my Parents Said that, the Same 2 "officers" was still in the hotel Parking Lot, at the room.. So the room was left open all night long + still Never cleared allegedly till 5pm - the next day - After Check-out And still no warrant - illegal Search + Seizure - Even After im gone to Jail and Spent 3 days; waiting for alleged warrants - So upon getting the warrants - not the original But Allegedly Now; New Drug Charges... with that being said - I'm Not into the Madness of what this Police force has going on - But all Summer long; I've been harrassed by them + I shouldnt be deprived of my Liberty, Nor life; the Constitution Ant to be bent nor broken.. Will you please take And help me; Move in the right direction to get my stuff + handle my Situation Legally..

Thank you

2. What was the response of the authorities who run the detention facility?\_\_\_\_\_

_____

_____

J. If you checked the box marked "No" in question IV.H above, explain why not. \_\_\_\_\_

_____

_____

_____

## V. CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

Violation of DUE Process - Fourth Amendment
Violation of Fourteenth - Violation of Equal rights + Equal
Protection. Also 6th amendment As well - Violating A Constitutionally
Protected Area

## VI. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

_____

**VII.** **RELIEF REQUESTED:** State exactly what you want the Court to order each defendant to do for you.

I would like for the Police force of Murfreesboro to Be Held Accountable for there actions.. Many People deserves that.. I am going through this w/ the same People - I Like this City + there has got to Be Change.. I've lost alot of family + De deprived of my freedom.. Each defendant As well As the Murfreesboro Police Department Needs to Be Exposed..

I request a jury trial.  X Yes  ___ No

**VIII.** **CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _Timothy Islann_ Date: _6/25/2026_
Prison Id. No._____
Address (Include the city, state and zip code.): _940 New Salem Hwy, Murfreesboro, TN 37129_

Signature: _____ Date: _____
Prison Id. No._____
Address (Include the city, state and zip code.):_____

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information requested above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER.** Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned. Filing fees and applications to proceed without prepayment of fees submitted without a complaint will be returned.

*Retain This Instruction Sheet for Future Reference*

**United States District Court
for the Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN 37203**
*(615) 736-5498*

**General Instructions for Filing a <u>Pro Se Prisoner Lawsuit</u>**

This packet includes the following forms:

1. 42 U.S.C. § 1983 Complaint
2. Application to proceed *in forma pauperis*
3. Administrative Order No. 93
4. Pro Se Filing Guide

**General Instructions**

A. You are required to file your original Complaint with the Court, that is, the version with your original signature. If you want to receive a copy of the Complaint stamped with the date it was received by the Court, submit an extra copy and request that the Clerk mail you the stamped copy.

B. Your complaint must be legibly handwritten or typed. You should either use the form provided by the Court for the type of action you want to file, or a substantially similar form. The complaint must be signed by each plaintiff. Fill in all blanks on the forms that you submit to the Court. If an entry does not apply to you, write "Not Applicable," or "N/A," in the space provided. It is important that the addresses for all defendants listed in the complaint be complete and accurate.

C. The filing fee for a civil complaint is $350.00 plus a $50.00 administrative fee. If you are financially unable to pay that amount, you are required to complete an Application to Proceed in District Court without Prepaying Fees or Costs (Short Form). If you pay the $400.00 fee, you need not complete this Application. However, if you pay the filing fee, you must prepare a summons for each defendant in triplicate, have it issued by the Clerk's office and make arrangements for service of the summons and complaint on the defendant(s) in accordance with Rule 4 of the Federal Rules of Civil Procedure. The summons forms may be obtained from the Clerk's office or online.

D. **If you are a prisoner seeking to file a civil action without prepayment of the filing fee,** you must attach a certified copy of your trust fund account statement (or institutional equivalent) for the 6-month period preceding the filing of your complaint, obtained from the appropriate official at each prison at which you are or were confined, pursuant to 28 U.S.C. § 1915(a)(2). In addition, you must have the authorized custodian of your trust fund account **sign the certification form included in this packet.** Be advised that, upon filing a civil action in federal court, even if you are authorized to proceed as a pauper, you become responsible for the entire filing fee ($350), which will be assessed from your prison trust-fund account in small increments, regardless of the outcome of the action.

E. If you have additional documents that you want the Court to consider, attach them to your complaint. Be sure to **make copies for your records of all papers you file with the Court.** Once you file them with the Court, you will not get them back. They become part of the case file.

F. You must notify the Clerk's Office promptly if your mailing address changes. If the Court is unable to contact you, your case may be dismissed for lack of prosecution.

Revised 3/2018



FOREVER / USA

© USPS 2022

NASHVILLE TN 370

7 JUL 2026  PM 6

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

4/25/26

Timothy Island
940 New Salem Hwy
Murfreesboro, TN
37129

United States District Court
for the Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN
37203

00985-SC26-3726

**RECEIVED**

JUL 10 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

THE RUTHERFORD COUNTY
SHERIFF'S OFFICE/RCADC HAS
INSPECTED THIS ITEM, AND
NEITHER ENDORSES ITS
CONTENTS NOR TAKES
RESPONSIBILITY FOR THEM.

FSC
MIX
Envelope
FSC® C137131